UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MADAYAG,

    Petitioner,

v.

MICHAEL S. EVANS, Warden,

    Respondent.
_____/

No. C 08-4989 PJH

**ORDER RE: RECORD**

    Petitioner Michael Madayag ("Madayag"), a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent failed to submit a copy of the trial court's November 30, 2007 decision or transcripts on remand from the California Court of Appeal, which is a necessary part of the record before this court.  Respondent is ordered to submit to this court copies of the transcripts and/or order from that hearing **no later than June 19, 2009.**

IT IS SO ORDERED.

Dated:   June 12, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge